UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                      Case No. 3:11-CR-59
                                          District Judge Thomas M. Rose

DEBRA PRIVRATSKY,

    Defendant.

---

ORDER GRANTING MOTION SETTING CHANGE OF PLEA HEARING AND CONTINUING TRIAL DATE

---

Upon Defendant's Motion for Change of Plea Hearing and Speedy Trial Waiver (doc. 32) and Motion to Continue Trial and Speedy Trial Waiver (doc. 33), having been read and carefully considered, the Court finds that within the factual and legal confines of this case, the ends of justice served by granting said motions outweigh the best interests of the public and Defendant's to a speedy trial.

IT IS HEREBY ORDERED that the forgoing Motion for Change of Plea Hearing and Speedy Trial Waiver (doc. 32) and Motion to Continue Trial and Speedy Trial Waiver (doc. 33) are GRANTED. A Change of Plea Hearing has been set for **Wednesday, April 12, 2012 at 1:30 pm.** In the alternative, the trial has been continued to **Monday, April 16, 2012 at 9:00 a.m.** The delay occasioned by this continuance shall be deemed an excusable delay pursuant to the provisions to 18 U.S.C. §3161(h)(7)(A) in computing time from indictment to trial under the Speedy Trial Act.

IT IS SO ORDERED.

Date: February 27, 2012

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT