UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                            Case No. 3:11-CR-59
                                             District Judge Thomas M. Rose

DEBRA PRIVRATSKY,

    Defendant.

## ORDER TO EXONERATE BOND

This matter is before the Court upon Defendant's request for the release of a property bond. Appearing before this Court on July 26, 2012, the Defendant was sentenced and remanded to the custody of the United States Bureau of Prisons for a total term of twenty-four (24) months. Judgment was filed on July 27, 2012.

Property located at 2438 Marion St., S.E., Albany, Linn County, Oregon 97322-3972, was posted as bond on this case and filed with the Clerk at the Central District of California, Western Division, Los Angeles, California. Records reflect that the Defendant has self-surrendered and is currently serving her sentence.

Good cause having been shown, it is hereby ordered that the property bond in this matter be exonerated. The Clerk at the Central District of California may rescind its *lis pendens* on the property located at 2438 Marion St., S.E., Albany, Linn County, Oregon 97322-3972.

**DONE** and **ORDERED** in Dayton, Ohio, this 18th day of September, 2012.

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE