**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**-vs-**                                              **Case : 3:11-cr-059**
                                                  **District Judge Thomas M. Rose**

**DEBRA PRIVRATSKY,**

      **Defendant.**

_____

## ORDER

On September 17, 2012, Defendant filed a Motion for Release Pending Appeal (doc. 48).

The Government is directed to file their response, if any, no later than Friday, September 28, 2012.

**DONE** and **ORDERED** in Dayton, Ohio on this 24ᵗʰ day of September, 2012.

                                    **s/ Thomas M. Rose**
                                    _____
                                    THOMAS M. ROSE
                                    UNITED STATES DISTRICT JUDGE