IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff(s)** | : | |
| vs | : | **Case Number: 3:11-CR-059-01** |
| **Debra Privratsky** | | |
| **Defendant(s)** | | |

## CLERK'S REQUEST TO RELEASE BOND

It is appearing to the Court that the case against said Defendant, Debra Privratsky, has been resolved. The Defendant has been sentenced to 24 months imprisonment and is currently in the custody of the Bureau of Prisons.

The Clerk requests permission to return the bond posted by Shelly Nameniuk in the amount of $25,000.00 dollars.

JOHN HEHMAN, CLERK

By _Samantha Hall_
    Financial Technician

IT IS SO ORDERED:

THOMAS M ROSE
UNITED STATES MAGISTRATE JUDGE